GREGORIE, Respondent, v. WALKER & WILLIAMS MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Oscar Gregorie by Joseph Gregorie, his guardian ad litem, against the Walker & Williams Manufacturing Company. No opinion. Motion denied.

GROSS v. BASILEA. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Anna Gross against Cæsar Basilea. No opinion. Motion granted, without costs. Order filed.

GROSS, Appellant, v. BASILEA, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Anna Gross against Cæsar Basilea. E. Hymes, for appellant. G. A. Baker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GROSS, Appellant, v. VAN BRUNT ST. & E. B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frederick Gross against the Van Brunt Street & Erie Basin Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

GRUENWALD v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Sidney Gruenwald against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Motion for permanent injunction denied, with costs, and temporary injunction vacated.

GRUNER, Respondent, v. TEXAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Lawrence Gruner against the Texas Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 117 N. Y. Supp. 741.

GRUNWALDT, Respondent, v. FIFTH AVE. AUCTION ROOMS, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Edward M. Grunwaldt against the Fifth Avenue Auction Rooms. J. A. Speer, for appellant. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

GRUNWALDT, Respondent. v. FIFTH AVE. AUCTION ROOMS, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Edward M. Grunwaldt against the Fifth Avenue Auction Rooms. J. A. Speer, for appellant. No opinion. Order modified, so as to impose full costs and $10 costs of opposing the motion as a condition of amending the complaint, and, as modified, affirmed, without costs. Settle order on notice.

GUGGENHEIM v. GUGGENHEIM. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Grace B. Guggenheim against William Guggenheim. No opinion. Motion denied. Settle order on notice.

GUSTAVE RADER CO. v. AMES REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by the Gustave Rader Company against the Ames Realty Company and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAGEDONE, Respondent, v. NORMOYLE & QUAILEY, Inc., et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Rivelo C. Hagedone against Normoyle & Quailey, Incorporated, and others. No opinion. Motion denied, without costs.

HAHN, Respondent, v. CONRIED METROPOLITAN OPERA CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Jeanette K. Hahn against the Conried Metropolitan Opera Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant have its appeal ready for argument at the October term. Order filed. See, also, 126 App. Div. 815, 111 N. Y. Supp. 161.

HAIGHT, Respondent, v. DE VERASTEGUI, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Louis W. Haight against Alberto De Verastegui. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

In re HALE. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of the final accounting of Ledyard P. Hale, as permanent receiver of the Canton Lumber Company.
PER CURIAM. Order affirmed, with costs.
SMITH, P. J., not voting.

HALL, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by Asa Hall against Stephen S. Brown, as administrator, etc.
PER CURIAM. Judgment affirmed, with costs.
KELLOGG, J., dissents.

HALL, Respondent, v. FERRO MACHINE & FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Francis G. Hall, Jr., against the Ferro Machine & Foundry Company. A. S. Hamlin, for appellant. R. S. Palmer, for respondent. No opinion. Order modified, so as to reduce amount specified in attachment to